UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PERU MCCARRA,

                                Plaintiff,                    1:25-cv-523 (BKS/DJS)

v.

ROBERT D. MAYBERGER, et al.,

                                Defendants.
_____

**Appearances:**

*Plaintiff pro se:*
Peru McCarra
Albany, NY 12206

**Hon. Brenda K. Sannes, Chief United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

Plaintiff Peru McCarra brought this action pro se asserting claims under 42 U.S.C. § 1983 regarding litigation currently pending in the Appellate Division of New York State Supreme Court. (Dkt. No. 1). Plaintiff sought leave to proceed *in forma pauperis* ("IFP"), and filed an amended complaint on June 6, 2025. (Dkt. Nos. 2, 4). This matter was referred to United States Magistrate Judge Daniel J. Stewart who, on June 24, 2025, granted Plaintiff's application to proceed IFP and issued a Report-Recommendation, recommending that Plaintiff's complaint be dismissed because the court staff defendants have judicial immunity and because Plaintiff failed to plausibly allege that the defendant attorneys were acting under color of state law. (Dkt. Nos. 5, 6). Magistrate Judge Stewart informed Plaintiff that Plaintiff had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to

object to the report within fourteen days would preclude appellate review. (*Id.* at 7–8). No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Stewart's Report-Recommendation (Dkt. No. 6) is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk of the Court shall close this case; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: August 15, 2025
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge